# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
MAR 28 2025
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Rashad A. Jackson-Tatum
*[You are the* **PLAINTIFF**, *print your full name on this line.]*

v.

Perry A. Sook
*[The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

1 : 25 C V 1 4 4

Case Number 02D05-2306-F5-00018
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Perry A. Sook, owner of Nest Star media Group | 545 E. John Carpenter SWY, SPE 700, Irbing, TX 75062 |
| 2 | *[Put the names of any other defendants in these boxes.]* Perra Brantley, Wane 15 Ceo. | 2915 W. State Blvd Fort Wayne, IN, 46808 |
| 3 | John Urbans, 21 Alive C.E.O. & President | 3401 Butler Road Fort Wayne IN, 46808 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 5

2. What is the name and address of your prison or jail? Allen County Jail 417 S. Calhoun St. Fort Wayne IN, 46802

3. Did the event you are suing about happen there? ◯ Yes. ◯ No, it happened at: Wane 15 and 21 Alive, 2 news channel stations in the city of Fort Wayne, IN

4. On what date did this event occur? 5/31/2023

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 1.4 (INND) (Rev. 7/20)

Rashad Jackson-Tatum
V.
Perry A. Sook

Case Number
02D05-2306-F5

| Defendant's Name and Job Title | Work Address |
| --- | --- |
| Tom Powell, 21 Alive News room leader | 3401 Butler Road Fort Wayne, IN, 46808 |
| Hilton H. Howell Jr., owner of Gray Media | 4370 Peach tree Road NE, Suite 400, Atlanta GA, 30319 |
| | |

(Additional Lawsuit Names)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On May 31st of the year 2023 I was pulled over at 4:15am on a Tuesday for a traffic stop that happened on 2400 S. Clinton street in Fort Wayne, IN. I was in Possesion of 3 firearms, and was charged with Unlawful carrying of a firearm. All of the firearms were registered, clean, and not stolen. I was just unaware I wasn't able to be in possession of them because Indiana is a Open/Carry state for firearms. (2.) On 11/19/24 I was sentenced for Unlawful carrying of a Firearm, However on 5/31/2023 Wane 15 & 21 Alive said I was getting charged with Theft of a firearm and posted a picture of my mugshot with my name on it in the local news. 21 Alive & Wane 15 are 2 local news channels in the City of Fort Wayne, IN. Wane 15 and 21 Alive had no right to post me on the local news and make me look like a theif to the public

(3) In the affidavit of this case number 02D05-2306-F5-00018 it clearly states that all 3 of the firearms were not stolen, and I wasn't convicted with theft of a Firearm, So Wane15 and 21 Alive had no right to post me on the local news Tarnishing my name and Painting a false image of me to be a theif to the public. I don't deserve to be viewed as the "Firearm theif" in Fort Wayne, IN/potentially the World all because 21 Alive and Wane15 broadcasted false

[<u>DO NOT</u> *write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

news about me that made me look bad to my community.
(4) I am Filing a lawsuit for defamation of character on John Urbans (21 alive C.E.O. & President), Tom Powell (21 alive News room leader), and Perra Brantley (Wane15 C.E.O.). 21 Alive is owned by a company named Gray Media, and Wane15 is owned by a company named Nextstar Media Group. I am filing a lawsuit on Perry A. Sook (owner of NextStar Media Group), and Hilton H. Howell Jr. (owner of Gray Media) for defamation of character as well, and being owners of companies that allowed 21 Alive & Wane15 to post fake news about me to my community.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?

- ◯ Before I was confined.
- ☑ While I was confined awaiting trial.
- ◯ After I was convicted while confined serving the sentence.
- ◯ Other: ______________________________

6. Have you ever sued anyone for this exact same event?

- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

- ☑ No, this event is not grievable at this prison or jail.
- ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because ______________

8. If you win this case, what do you want the court to order the defendant(s) to do?
[*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

Financial Compensation of $500,000 for defamation of character stating that I was in the posscession of stolen firearms when none of them were stolen, and for placing my name in a False report.

[*Initial Each Statement*]

RAJT I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
RAJT I will keep a copy of this complaint for my records.
RAJT I will promptly notify the court of any change of address.
RAJT I WILL NOT send more than one copy of any filing to the court.
RAJT I WILL NOT send summons, USM-285, or waiver forms to the clerk.
RAJT I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _______ am/pm.
[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

Rashad A-J (signature)
Signature

758954
Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]